THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN O. HUNTER, Appellant.—

No opinion. [For affirmance of prior orders denying *coram nobis* application, see *People* v. *Hunter,* 16 A D 2d 960; 21 A D 2d 789; 25 A D

2d 821; 27 A D 2d 990.] Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.